

**U.S. Department of Justice**

*United States Attorney*
*Southern ~~District of New York~~*

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

May 28, 2008

BY HAND
Honorable Sidney H. Stein
United States District Judge
United States District Court
500 Pearl Street, Room 1010
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ 5/30/08

**Charles v. Potter, et al.** 07 Civ. 10572 (SHS) (FM)

Dear Judge Stein:

I am the Special Assistant United States Attorney with principal responsibility for defending the U.S. Government in the above-referenced employment discrimination action. I write to the Court to respectfully request a 60-day extension of the Government's time to answer or otherwise respond to the complaint. This is the Government's first request for an extension.

This Office did not receive a copy of the complaint until on or about April 3, 2008. Accordingly, the Government's deadline to respond to the complaint is June 3, 2008. *See* Fed. R. Civ. P. 12(a)(3)(A) (providing that the United States has sixty days to respond to a complaint from the date that the U.S. Attorney's Office is served). The Government respectfully requests an extension until August 1, 2008, to answer or otherwise respond to the complaint. The reason for this request is two-fold: (1) the Government has been informed by its client, the United States Postal Service ("USPS"), that agency counsel at the USPS will be unable to complete its review of the case file until early July due to the press of business, and (2) I will be out of the office in the first half of July, and will need the second half of July to confer with agency counsel and determine whether the Government has a dispositive motion.

I have attempted to contact plaintiff, who is proceeding pro se, to obtain his consent to this extension, but thus far have been unable to reach him.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____

EMILY E. DAUGHTRY
Special Assistant United States Attorney
Tel.: (212) 637-1579
Fax: (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

cc (by mail):     Emil Charles, pro se
                  2722 Valentine Ave., # 5F
                  Bronx, New York 10458